AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 8:20MJ512 |
| | ) |
| | ) |
| CHANDLER J. TUTTLE | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 25, 2020__ in the county of __Knox__ in the
____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 113(a)(6) & 1153 | Assault resulting in serious bodily harm |

This criminal complaint is based on these facts:
**See Attached Affidavit**

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Jeff Howard, FBI
Printed name and title

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 11/2/2020

_____
Judge's signature

City and state: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate
Printed name and title

**Complaint for CHANDLER JOSEPH TUTTLE Arrest Warrant**

I, Jeffrey Howard, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since January 31, 1999. Since July 2, 2007, I have been assigned to the Omaha, Nebraska, FBI Division. In the course of my official duties I am charged with the investigation of crimes occurring on the Indian Reservations of Nebraska, including the Santee Indian Reservation, located in Knox County, Nebraska, within the District of Nebraska.

2. The facts in this affidavit come from information obtained from my investigation, from my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended only to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts, as set forth in this affidavit, there is probable cause to believe that Chandler Joseph Tuttle (hereinafter "Tuttle"), a Native American male, has committed a violation of Title 18 U.S.C § 113(a)(6) & 1153, Assault Resulting in Serious Bodily Injury in Indian Country.

**PROBABLE CAUSE**

4. On October 25, 2020, Officer Will Blevins, (hereinafter "Officer Blevins"), Santee Sioux Nation Police Department, contacted the FBI to advise of an assault that occurred on October 25, 2020, on the Santee Sioux Nation Indian Reservation. Rebecca Lynn Tuttle, (hereinafter "Rebecca"), an enrolled member of the Santee Sioux Nation, was attacked by her son, at their shared residence, 209 Redwing Street, Santee Sioux Nation Indian Reservation, Niobrara, Nebraska 68760.

5. Tuttle is a Native American male, date of birth March 21, 2001, and an enrolled member of the Santee Sioux Nation, according a certificate of Indian blood provided by the tribal enrollment officer, Roberta Redwing, on October 30, 2020.

6. According to an NCIC (National Criminal Information Computer) check conducted on October 29, 2020, Tuttle has no criminal history. According the Kim Redwing, the Santee Sioux Nation Tribal Court clerk, Tuttle has no tribal criminal history other than a pending Minor in Possession of Alcohol charge.

7. Officer Blevins responded to the assault and documented in his police report dated October 25, 2020, that he was dispatched to 209 Redwing Street, regarding an assault on Rebecca Tuttle by her son Chandler Tuttle and people at the residence were holding Tuttle down. Upon his arrival Blevins found Tuttle being held down. Blevins attempted to calm Tuttle and when Tuttle continued to fight, Blevins deployed his Taser to gain control of Tuttle. Tuttle then threatened to assault, kill, and blow a hole in Blevins' head.

Even when handcuffed Tuttle continued to fight and make threats and was Tased again. Blevins observed Tuttle to be intoxicated. At one point, Tuttle told Blevins, "I didn't mean to hit my mom like that." Tuttle later spontaneously told Blevins, "I did everything" and "I did it all."

8. It was further reported to Blevins by ambulance personnel that Rebecca might have sustained a broken finger, a broken shoulder, a possible concussion and possibly a broken jaw in the assault. Rebecca was transported to Avera Sacred Heart Hospital in Yankton, South Dakota for treatment.

9. On October 30, 2020, Rebecca Tuttle was interviewed by your affiant. Rebecca stated that Chandler Tuttle became angry with Rebecca when she told Tuttle he could not drink at the house with his friends. Rebecca stated Tuttle began swinging on her with his fists while she was in her bed and struck her at least five or six times in the face, shoulder, and back. Rebecca was observed to have bruising to both eyes, her right shoulder, and red marks on her back. Rebecca was also observed to have a swollen and bent right index finger. Rebecca stated this was a result of Rebecca attempting to protect herself from the blows from Tuttle's fist. Rebecca said the finger was diagnosed as dislocated and she would require surgery to insert pins on November 2, 2020. Rebecca rolled over onto her stomach on her bed to protect her face during the assault. Rebecca at one pointed texted her niece and daughter for help stating Tuttle was assaulting her.

10. On November 1, 2020, Tuttle was contacted telephonically at the Wagner BIA Jail in Wagner, South Dakota. Tuttle was read an FD-395 Advice of Rights form but requested a lawyer. The conversation was then terminated.

## CONCLUSION

11. Your Affiant has probable cause to believe that on or about October 25, 2020, in Santee, Nebraska, within the exterior boundaries of the Santee Sioux Nation Indian Reservation, Tuttle committed a violation of Title 18 U.S.C § 113(a)(6) & 1153, Assault Resulting in Serious Bodily Injury in Indian Country.

12. It is requested an arrest warrant be issued for **CHANDER JOSEPH TUTTLE**.

Respectfully submitted,

*[signature]*

Jeffrey Howard
Special Agent
Federal Bureau of Investigation

2

Sworn to before me by telephone or other reliable electronic means:

Date: November 2, 2020

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge